# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA PUKA, an individual, <br><br>  Plaintiff, <br><br>  v. <br><br> CITY OF OXNARD, a political subdivision of the State of California; OXNARD POLICE OFFICER JAMES LANGFORD; OXNARD POLICE OFFICERS KNOWN ONLY AS DOES 1-5; DOES 6 through 10, inclusive, <br><br>  Defendants. | CASE NO. CV14-00509-DMG-FFMx <br><br> **ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE [24]** |

Having reviewed the Stipulation of Dismissal between plaintiff Julia Puka and defendants City of Oxnard and Officer James Langford filed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Court HEREBY DISMISSES WITH PREJUDICE THE ABOVE-CAPTIONED MATTER.

**IT IS SO ORDERED.**

DATED: October 27, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE